UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

IVAN MEGEDIUK,

         Plaintiff,

   v.

WELLS FARGO BANK, N.A.,
et al.,

         Defendants.
_____/

NO. CIV. S-10-2777 LKK/JFM

O R D E R

On November 12, 2010, plaintiff filed a notice of pending bankruptcy and adversary proceeding. (ECF No. 14). A week earlier, plaintiff had filed a motion to remand this case to state court, which is set to be heard on December 6, 2010. (ECF No. 9). Defendant Wachovia Mortgage, FSB timely opposed the motion to remand. (ECF No. 15).

For the foregoing reasons, the Court ORDERS as follows:

(1) The Clerk of Court is instructed to administratively close this case.

////

1

(2) Plaintiff shall inform the court upon resolution of his bankruptcy proceedings.

(3) Plaintiff's motion to remand (ECF No. 9) is DENIED WITHOUT PREJUDICE.

(4) All remaining scheduled dates in this action are VACATED.

IT IS SO ORDERED.

DATED: November 30, 2010.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT